

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, March 4, 2015

No. 04-15-00017-CR

The **STATE** of Texas,
Appellant

v.

Joseph **LOSOYA**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 29941
Lynn Ellison, Judge Presiding

## O R D E R

      We ordered the trial court to prepare findings of fact and conclusions of law.  Apparently the trial court made its findings and conclusions on February 27, 2015, prior to the rendition of our order, but the supplemental clerk's record containing the findings and conclusions was not filed in this court until March 4, 2015, after our order issued.  Accordingly, because the requisite findings and conclusions have now been filed, we **ORDER** our abatement lifted and further **ORDER** appellant, The State of Texas, to file its appellant's brief in this court on or before **April 3, 2015**.

      We **order** the clerk of this court to serve a copy of this order on the trial court, the district clerk, and all counsel.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court